IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-537-RJC-DCK

| | |
|---|---|
| ROCHELLE RORIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| THE CHARLOTTE MECKLENBURG ) | |
| HOSPITAL AUTHORITY, d/b/a ) | |
| CAROLINAS HEALTHCARE SYSTEM ) | |
| and JOHN DOE CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Motion To Withdraw Motion To Compel" (Document No. 10) filed May 18, 2011. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant's Motion To Withdraw Motion To Compel" (Document No. 10) is **GRANTED**.

Signed: May 18, 2011

David C. Keesler
United States Magistrate Judge