**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO.  3:10-CV-537-RJC-DCK**


| | |
|---|---|
| **ROCHELLE RORIE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **ORDER** |
| ) | |
| **THE CHARLOTTE MECKLENBURG** ) | |
| **HOSPITAL AUTHORITY, d/b/a** ) | |
| **CAROLINAS HEALTHCARE SYSTEM** ) | |
| **and JOHN DOE CORPORATION,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

      **THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case.

The mediator, M. Ann Anderson, filed her "Certification Of ADR Session" (Document No. 17)

notifying the Court that the parties reached a settlement on July 5, 2011.  The Court commends the

parties for their efforts in resolving this matter.

      **IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in

this case on or before **August 8, 2011**.

Signed: July 8, 2011

David C. Keesler
United States Magistrate Judge